IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Case Number: 1:23-cv-04944 (Judge Joan H. Lefkow)

GS HOLISTIC, LLC,

        Plaintiff,

   v.

TIGER ZONE 2 INC. d/b/a O ZONE SMOKE SHOP and NIMER ASSAD,

        Defendants.
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT
AGAINST THE DEFENDANT**

The Plaintiff, GS HOLISTIC, LLC, by and through its attorney, Ryan S. Fojo, makes this request for entry of a default judgment pursuant to Rule 55(b) against the Defendant, TIGER ZONE 2 INC. d/b/a O ZONE SMOKE SHOP, and in support thereof states as follows:

    1.    The Plaintiff filed its Complaint against the Defendants on July 28, 2023 [DE 1].

    2.    On August 21, 2023, the Defendant TIGER ZONE 2 INC. d/b/a O ZONE SMOKE SHOP, was served with the Complaint and Summons [DE 9].

    3.    On October 4, 2023, a clerk's default was entered against the Defendant, TIGER ZONE 2 INC. d/b/a O ZONE SMOKE SHOP. *See* [DE 10].

    4.    The Plaintiff thus moves for entry of default judgment pursuant to Fed. R. Civ. P. 55(b).

5.  In support of the motion, Plaintiff submit the following certifications:

    Exhibit A: Affidavit of Attorney Ryan S. Fojo, as to docket review and costs expended.

    Exhibit B: Affidavit of Christopher Folkerts, Chief Executive Officer of GS Holistic, LLC, as to statutory damages.

    Exhibit C: judgment in GS Holistic, LLC. v. Envirocure, LLC. and Hassan Abid (22-cv-60463-BLOOM/Valle) for $151,147.89 in statutory damages.

    Exhibit D : judgment in GS Holistic, LLC. v. One Stop Vape et al (2:22-cv-04628-SVW-AGR) for $225,000 in statutory damages and $1,482 in costs.

    Exhibit E : judgment in GS Holistic, LLC. v. Cali Smoke Depot LLC et al (2:22-cv-06679-SPG-KS) for $150,000 in statutory damages and $1,0999.86 in costs.

    Exhibit F : judgment in GS Holistic, LLC. v. Bellair Cigarettes Inc et al One Stop Vape et al (2:22-cv-06363-GW-MRW) for $150,000 in statutory damages and $955.69 in costs.

    Exhibit G : judgment in GS Holistic, LLC. v. Pyramids Wholesale et al (2:22-cv-04632-SPG-RAO) for $300,000 in statutory damages and $1,462 in costs.

    Exhibit H : judgment in GS Holistic, LLC. v. Smoke Unlimited et al (1:22-cv-21254-FAM) for $250,000 in statutory damages and $563.41 in costs.

    Exhibit I: judgment in GS Holistic, LLC. v. Abood Enterprise et al (1:22-

cv-06161) for $150,000 in statutory damages and $817 in costs.

<u>Exhibit J</u>: Pictures of infringing sale

<u>Exhibit K</u>: Trademark Registration Certificates

6. Plaintiff also submits and relies upon the Memorandum of Law in Support of Statutory Damages, in the amount of $150,000.00.

WHEREFORE, the Plaintiff requests default judgment against TIGER ZONE 2 INC. d/b/a O ZONE SMOKE SHOP, in the amount of $150,000.00.

Respectfully submitted,

*/s/ Ryan S. Fojo*
Ryan S. Fojo
IL Bar # 6305940
The Ticktin Law Group
875 N Michigan Ave 31st Floor
Chicago, IL, 60611
Serv606@LegalBrains.com
Telephone: 561-232-2222

*Attorney for the Plaintiff*